GEORGE D. JACOB, JR., ET AL. *v.* SEABOARD, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 270, is denied.

*Roger J. Frechette,* in support of the petition.

*Stephen I. Traub,* in opposition.

Decided September 17, 1992

JOHN MICHEL, JR., ET AL. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MONROE ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 28 Conn. App. 314, is denied.

*George J. Markley,* in support of the petition.

Decided September 17, 1992

STEVEN LEVINE *v.* POLICE COMMISSION OF THE TOWN OF FAIRFIELD

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 344, is denied.

*Donal C. Collimore,* assistant town attorney, in support of the petition.

Decided September 17, 1992